# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT EDWARD BUTLER

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5636BHS/
CR07-5778BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That this matter is **DISMISSED without prejudice.**

| December 17, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk